IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY WILLIAMS**                                                              **PLAINTIFF**

v.                              No. 4:24-cv-500-DPM

**AMAZON.COM SERVICES, LLC**                                       **DEFENDANT**

JUDGMENT

Williams's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 March 2026 to enforce the parties' settlement.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2026